■ In the Matter of RICHARD RANDALL, Appellant, v HOWARD E. SAFIR, as Police Commissioner of City of New York, et al., Respondents. [708 NYS2d 282] —Order and judgment (one paper), Supreme Court, New York County (Louis York, J.), entered on or about November 19, 1999, which denied petitioner's applica-

tion made pursuant to CPLR article 78 to annul respondent's determination terminating petitioner's employment as a probationary police officer, and dismissed the petition, unanimously affirmed, without costs.

This Court has rejected the argument that McKinney's Unconsolidated Laws of NY § 891 (L 1940, ch 834) precludes a probationary employee from being terminated without a hearing (*Matter of Williams v Safir*, 265 AD2d 182, *lv denied* 94 NY2d 758), and we see no reason to depart from that holding. Concur—Williams, J. P., Mazzarelli, Rubin, Buckley and Friedman, JJ.